```
JOHN E. FISCHER (65792)
RIEGELS CAMPOS & KENYON LLP
2500 Venture Oaks Way, Suite 220
Sacramento, CA 95833
Telephone: (916) 779-7100

Attorneys for Non-Party Raley's
```

FILED
2005 MAY 16 A 11: 18
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____ DEPUTY

LODGED
MAY 10 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Respondents and Defendants. | Case No. CIV-F-04-5278 OWW DLB<br><br>**SUBSTITUTION OF ATTORNEY** |

Non-party RALEY'S hereby substitutes the law firm of Murphy Austin Adams Schoenfeld LLP, 1000 G Street, Third Floor, P.O. Box 1319, Sacramento, CA 95812, (916) 446-2300, as attorneys of record in place and stead of Riegels Campos & Kenyon LLP.

Dated: 5/2/05       By: /s/ Jennifer Crabb
                        JENNIFER CRABB
                        General Counsel for Raley's

Case No. CIV-F-04-5278 OWW DLB – Page 1
Substitution of Attorney

1  I consent to the above substitution.

2  Dated: 4/22/05                                RIEGELS CAMPOS & KENYON LLP

3

4                                                By: _____

5                                                        JOHN E. FISCHER

6

7  I am duly admitted to practice in this District and the above substitution is accepted.

8

9  Dated: 5/6/05                                 MURPHY AUSTIN ADAMS SCHOENFELD LLP

10

11                                               By: _____
                                                        JOHN E. FISCHER
12

13
   IT IS SO ORDERED.
14

15 Dated: 5-12-05                                _____
16                                               UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CIV-F-04-5278 OWW DLB – Page 2
Substitution of Attorney

Re: *Wal-Mart Stores, Inc., et al. v. City of Turlock, et al.*
   United States District Court, Eastern District of California, Fresno Division Case No. CIV-F-04-5278 OWW DLB

### PROOF OF SERVICE

I, JAN AINSWORTH, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is Murphy Austin Adams Schoenfeld LLP, 1000 G Street, Third Floor, Sacramento, California 95814, which is located in the county where the mailing described below took place.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed would be deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 9, 2005**, I served a copy of the following document entitled:

**SUBSTITUTION OF ATTORNEY;**

__X__ **(BY MAIL)** by placing a true and correct copy thereof in a sealed envelope(s) with first-class postage thereon fully prepaid in the United States mail at Sacramento, California, addressed as set forth below:

_____ **(BY FEDEX)** by shipping a true and correct copy via Fedex to each party at their respective addresses as set forth below:

_____ **(BY HAND DELIVERY)** by causing a true and correct copy thereof to be personally delivered to each party at their respective addresses as set forth below:

_____ **(BY FACSIMILE)** by sending via facsimile a true and correct copy thereof to the facsimile number(s) set forth below. (A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete without error)

Timothy Jones
William C Hahesy
John P Kinsey
SAGASER FRANSON & JONES
2445 Capitol St Fl 2
Fresno CA 93712-1632

Benjamin Fay
JARVIS FAY & DOPORTO LLP
475 14th St Ste 260
Oakland CA 94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

Executed on **May 9, 2005**, at Sacramento, California.

_____
JAN AINSWORTH