**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone: (559) 233-4800

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for:  Petitioners and Plaintiffs Wal-Mart Stores, Inc., a Delaware corporation, and Wal-Mart Real Estate Business Trust, a Delaware statutory trust.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. F-04-5278 OWW DLB<br><br>**STIPULATION AND ORDER GRANTING MOTION TO COMPEL RALEY'S INC'S COMPLIANCE WITH DEPOSITION SUBPOENA DUCES TECUM** |

     Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust (collectively "Wal-Mart"), Defendants the City of Turlock and Turlock City Council (the "City"), and Non-Party Raley's, Inc. ("Raley's"), by and through their respective counsel of record, hereby stipulate and agree as follows:

     WHEREAS on April 12, 2005, Wal-Mart filed and served its Notice of Motion and Motion to Compel Raley, Inc.'s Compliance with Deposition Subpoena Duces Tecum in the United States District Court for the Eastern District of California, pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure (the "Motion to Compel");

     WHEREAS the parties hereby stipulate and agree to resolve the motion as set forth herein.

///

{6167/041/00169682.DOC}                              1

---

**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO COMPEL RALEY'S INC'S COMPLIANCE WITH DEPOSITION SUBPOENA DUCES TECUM**

IT IS THEREFORE STIPULATED that:

1. Wal-Mart's Motion to Compel is GRANTED IN PART as follows:

   a. Raley's shall make available to Wal-Mart for inspection and copying, no later than May 27, 2005, the following categories of documents requested under the Subpoena:

      i. <u>Requests 1-2</u>: Raley's is ordered to produce all responsive documents;

      ii. <u>Requests 3-14</u>: To the extent not produced in response to previous requests, Raley's is ordered to produce all responsive documents for the period January 1, 2003, through the present, concerning intended or actual communications with any employee, official, or representative of the City of Turlock regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock;

      iii. <u>Requests 15-32</u>: To the extent not produced in response to previous requests, Raley's is ordered to produce all responsive documents for the period January 1, 2003, through the present, concerning intended or actual communications with any employee, official, or representative of the City of Turlock regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock;

      iv. <u>Requests 33</u>: To the extent not produced in response to previous requests, Raley's is ordered to produce all responsive documents; and

      v. <u>Requests 34-37</u>: To the extent not produced in response to previous requests, Raley's is ordered to produce all responsive documents for the period January 1, 2003, through the present, concerning intended or actual communications with any employee, official, or representative of the City of Turlock regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock.

   b. Wal-Mart shall be afforded the right to seek modification of the scope of this order pending its review of the transcript for the Court's April 18, 2005, hearing on Wal-Mart's November 23, 2004, Motion to Compel Compliance with Subpoena Duces Tecum against Non-Party Save Mart. Once the transcript is received, if Wal-Mart desires to seek modification of the order, it will first meet and confer with Raley's counsel. If the parties can agree, a modified order will be submitted to the Court. If the parties cannot agree, the parties

{6167/041/00169682.DOC}   2

**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO COMPEL RALEY'S INC'S COMPLIANCE WITH DEPOSITION SUBPOENA DUCES TECUM**

1  will submit a letter to the Court explaining their position, attaching a copy of the transcript and
2  a proposed modified order.
3           c.      On or before May 23, 2005, Raley's, at its option, may submit to the
4  Court to conduct an in camera inspection of any responsive documents containing information
5  protected by the attorney-client privilege or the attorney work product doctrine.  The Court
6  shall review any such documents, and issue a future decision concerning the production of said
7  documents.
8           d.      Raley's may designate documents as "confidential" pursuant to the terms
9  of the [Proposed] Second Amended Protective Order attached hereto and incorporated herein as
10 Exhibit "A."

11 DATED: May __, 2005.                    JARVIS, FAY & DOPORTO

13                                          By  /S/_____
14                                              Benjamin P. Fay, Attorneys for Defendants

16 DATED: May __, 2005.                    MURPHY, AUSTIN, ADAMS, SCHOENFELD

18                                          By  /S/_____
19                                              John Fischer, Attorneys for Non-Party
                                                Raley's, Inc.

21 DATED: May __, 2005.                    SAGASER, JONES & HAHESY

23                                          By  /S/_____
24                                              John P. Kinsey, Attorneys for Plaintiffs

{6167/041/00169682.DOC}                       3

**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO COMPEL RALEY'S INC'S COMPLIANCE WITH DEPOSITION SUBPOENA DUCES TECUM**

1 **ORDER**

2   The court having reviewed the foregoing Stipulation and good cause appearing

3 therefor:

4   **IT IS SO ORDERED:**

5 DATED: May _20, 2005                    /s/ OLIVER W. WANGER____
                                          Honorable Oliver W. Wanger
6                                         United States District Judge

{6167/041/00169682.DOC}                4

**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO COMPEL RALEY'S INC'S COMPLIANCE WITH DEPOSITION SUBPOENA DUCES TECUM**