**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for:   Petitioners and Plaintiffs Wal-Mart Stores, Inc., a Delaware corporation, and Wal-Mart Real Estate Business Trust, a Delaware statutory trust.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. F-04-5278 OWW DLB<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITATIONS FOR DEFENDANTS CITY OF TURLOCK'S AND TURLOCK CITY COUNCIL'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** |

Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust (collectively "Wal-Mart") and Defendants the City of Turlock and Turlock City Council (the "City"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on March 29, 2005, the City filed its Motion for Summary Judgment, or in the Alternative Partial Summary Judgment (the "Motion for Summary Judgment"), which was 51 pages in length;

WHEREAS the Court's Standing Order in all Civil Cases Assigned to U.S. District Judge Oliver W. Wanger requires that "all briefs or memoranda in civil cases shall not exceed 25 pages and . . . [r]eply briefs filed by moving parties shall not exceed 10 pages";

///

{6167/041/00170096.DOC}   1

STIPULATION & [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE & ENLARGING PAGE LIMITATIONS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT

WHEREAS the parties agree that a page limit of more than 25 pages is needed in order for the City to present, and Wal-Mart to oppose, the City's Motion for Summary Judgment;

WHEREAS the parties agree that a page limit of more than 10 pages is needed for the City's reply brief;

WHEREAS, in light of these proposed page limitations, the parties wish to accommodate the Court by affording the Court additional time to review the briefing submitted by the parties relating to the City's Motion for Summary Judgment;

WHEREAS Wal-Mart and several third-parties subject to Rule 45 subpoenas served by Wal-Mart are in disagreement regarding the scope of the range of documents ordered produced by the Court during the April 18, 2005, hearing on Wal-Mart's Motion to Compel Save Mart's Compliance with Subpoena Duces Tecum;

WHEREAS Wal-Mart and Save Mart will likely have to engage in further briefing (either formally or by letter) in order to have their disagreement regarding the scope of the range of documents ordered produced by the Court during the April 18, 2005, hearing resolved;

WHEREAS Wal-Mart has also been unable to come to an agreement with Safeway, Inc., regarding its production of any responsive documents;

WHEREAS Wal-Mart's pending Motion to Compel Safeway's Compliance with Subpoena Duces Tecum is currently being transferred to the United States District Court for the Eastern District of California, and likely will not be heard by this Court until approximately late June 2005; and

WHEREAS Wal-Mart seeks to use documents produced by the above third-parties in several party and non-party depositions before filing its brief opposing the City's Motion for Summary Judgment.

///

///

///

{6167/041/00170096.DOC}   2

STIPULATION & [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE & ENLARGING PAGE LIMITATIONS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT

IT IS THEREFORE STIPULATED that:

1. Defendants are granted leave to file a brief of 51 pages in length in support of their Motion for Summary Judgment, or in the Alternative Partial Summary Judgment;

2. Plaintiffs shall file their brief opposing Defendants' Motion for Summary Judgment, or in the Alternative Partial Summary Judgment on or before August 1, 2005, which shall not exceed 51 pages in length;

3. Defendants shall file their reply brief on or before August 15, 2005, which shall not exceed 20 pages in length;

4. The hearing on Defendants' Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, shall be continued to August 29, 2005;

DATED: May 20, 2005.         JARVIS, FAY & DOPORTO

By _____/s/_____
Benjamin P. Fay, Attorneys for Defendants

DATED: May 20, 2005.         SAGASER, JONES & HAHESY

By _____/s/_____
John P. Kinsey, Attorneys for Plaintiffs

## **ORDER**

The court having reviewed the foregoing Stipulation and good cause appearing therefor:

**IT IS SO ORDERED:**

/s/ OLIVER W. WANGER

DATED: May _24__, 2005         _____
Honorable Oliver W. Wanger
United States District Judge

{6167/041/00170096.DOC}     3

**STIPULATION & [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE & ENLARGING PAGE LIMITATIONS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**