**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for:  Petitioners and Plaintiffs Wal-Mart Stores, Inc., a Delaware corporation, and Wal-Mart Real Estate Business Trust, a Delaware statutory trust.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. F-04-5278 OWW DLB<br><br>**ORDER DENYING SAVE MART SUPERMARKETS' REQUEST FOR RECONSIDERATION; ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Non-Party Save Mart Supermarkets' ("Save Mart") Request for Reconsideration by the District Court of Magistrate Judge's Ruling, Objections Thereto and Request for Oral Argument ("Request for Reconsideration") was heard by this Court on April 18, 2005. Natalie M. Webber of Herum, Crabtree & Brown appeared on behalf of Save Mart; Benjamin P. Fay of Jarvis, Fay & Doporto appeared on behalf of Defendants the City of Turlock and Turlock City Council; and William C. Hahesy and John P. Kinsey of Sagaser, Jones & Hahesy appeared on behalf of Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust (collectively "Wal-Mart").

Save Mart's Request for Reconsideration concerns the January 28, 2005, Order of United States Magistrate Judge Dennis L. Beck Granting in Part Motion to Compel Compliance with Subpoena Duces Tecum (the "January 28, 2005, Order"). The January 28,

{6167/041/00169184.DOC}                                            1

2005, Order granted Wal-Mart's November 23, 2004, Motion to Compel Compliance with Subpoena Duces Tecum in part, and ordered Save Mart to produce certain documents in response to the subpoena duces tecum issued July 29, 2004, and served upon Save Mart's custodian of records on July 30, 2004 (the "Subpoena"). The addendum to the Subpoena requested the production of 67 categories of documents. On February 25, 2005, Save Mart requested reconsideration of the January 28, 2005, Order, and a hearing on its request was heard before the Honorable Oliver W. Wanger, United States District Judge, on April 18, 2005.

After consideration of the moving and opposing papers, arguments of counsel, the Court's file in this proceeding, all other matters presented to the Court, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The January 28, 2005, Order of United States Magistrate Judge Dennis L. Beck Granting in Part Motion to Compel Compliance with Subpoena Duces Tecum is MODIFIED as follows:

    a. Save Mart shall make available to Wal-Mart for inspection and copying, no later than May 18, 2005, the following categories of documents requested under the Subpoena:

        i. <u>Requests 1-4</u>: Save Mart is ordered to produce all responsive documents;

        ii. <u>Requests 5-28</u>: To the extent not produced in response to previous requests, Save Mart is ordered to produce all responsive documents for the period January 1, 2003, through the present, concerning intended or actual communications with any employee, official, or representative of the City of Turlock regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock;

        iii. <u>Requests 29-59</u>: To the extent not produced in response to previous requests, Save Mart is ordered to produce all responsive documents for the period January 1, 2003, through the present, concerning intended or actual communications with any employee, official, or representative of the City of Turlock regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock;

///

{6167/041/00169184.DOC}  2

[PROPOSED] ORDER DENYING SAVE MART SUPERMARKETS' REQUEST FOR RECONSIDERATION; ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    iv. <u>Requests 59-60</u>: To the extent not produced in response to previous requests, Save Mart is ordered to produce all responsive documents; and

    v. <u>Requests 61-67</u>: To the extent not produced in response to previous requests, Save Mart is ordered to produce all responsive documents for the period January 1, 2003, through the present, concerning intended or actual communications with any employee, official, or representative of the City of Turlock regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock.

  b. Save Mart believes that the Court's April 18, 2005, ruling encompassed only actual or intended communications with the City. Wal-Mart does not believe the Court's ruling was so limited. Wal-Mart believes that Save Mart must produce all responsive documents for the period January 1, 2003, through the present, regarding any proposed Wal-Mart Supercenter within the City of Turlock and/or a "big box" ordinance concerning the City of Turlock. Wal-Mart and Save Mart, however, have not been able to resolve this dispute because the transcript of the Court's April 18, 2005, proceeding will not be available until the week of May 16, 2005. As such, Wal-Mart and Save Mart have agreed to the production specified in paragraph (1)(a) above with the understanding that Wal-Mart may seek to modify the under upon review of the transcript. Once the transcript is received, if Wal-Mart desires to seek modification of the order, it will first meet and confer with Save Mart's counsel. If the parties can agree, a modified order will be submitted to the Court. ~~If the parties cannot agree, the parties will submit a letter to the Court explaining their position, attaching a copy of the transcript and a proposed modified order.~~

  c. On or before May 4, 2005, Save Mart, at its option, may submit to the Court to conduct an in camera inspection of any responsive documents containing information protected by the attorney-client privilege or the attorney work product doctrine. The Court shall review any such documents, and issue a future decision concerning the production of said documents.

///

///

{6167/041/00169184.DOC}  3

**[PROPOSED] ORDER DENYING SAVE MART SUPERMARKETS' REQUEST FOR RECONSIDERATION; ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      d.    Save Mart may designate documents as "confidential" pursuant to the terms of the [Proposed] Second Amended Protective Order attached hereto and incorporated herein as Exhibit "A."

    2.    The hearing on Defendants' March 29, 2005, Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, which was previously set for May 23, 2005, shall be continued until July 11, 2005. Plaintiff's opposition papers are due June 20, 2005. This Order, however, is made without prejudice to the parties to seek any further continuance of the hearing on the above motion for summary judgment.

DATED: May  10 , 2005.

By  /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Judge

APPROVED AS TO FORM AND CONTENT:

DATED: June  2 , 2005.          JARVIS, FAY & DOPORTO

By  /s/ Benjamin P. Fay
Benjamin P. Fay, Attorneys for Defendants

DATED: June  2 , 2005.          HERUM, CRABTREE & BROWN

By  /s/ Jennifer Scott
Jennifer Scott, Attorneys for Non-Party
Save Mart Supermarkets

DATED: June  4 , 2005.          SAGASER, JONES & HAHESY

By  /s/ John P. Kinsey
John P. Kinsey, Attorneys for Plaintiffs

{6167/041/00169184.DOC}   4

**[PROPOSED] ORDER DENYING SAVE MART SUPERMARKETS' REQUEST FOR RECONSIDERATION; ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**