1

**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
2   Post Office Box 1632
Fresno, California  93717-1632
3   Telephone:  (559) 233-4800

4   Timothy Jones #119841
John P. Kinsey #215916

5

Attorneys for:        Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust
6

7                        **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| 9   WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL 10 ESTATE BUSINESS TRUST, a Delaware statutory trust, 11 | Case No. F-04-5278 OWW DLB **STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER; CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

9   WAL-MART STORES, INC., a Delaware
corporation, and WAL-MART REAL
10   ESTATE BUSINESS TRUST, a Delaware
statutory trust,

11                       Plaintiffs,

12            v.

13   CITY OF TURLOCK, TURLOCK CITY
14   COUNCIL, and DOES 1 through 10,
inclusive,

15

16                       Defendants.

Case No. F-04-5278 OWW DLB

**STIPULATION AND ORDER
MODIFYING SCHEDULING
CONFERENCE ORDER;
CONTINUING HEARING ON
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

17

18            IT IS HEREBY STIPULATED, by and between the parties to this action,

19   through their attorneys of record, that the Scheduling Conference Order governing this action

20   be amended as follows:

21            1.        The parties are ordered to complete all discovery on or before October

22   17, 2005.

23            2.        The City of Turlock's rebuttal expert disclosures will be made on or

24   before September 5, 2005.  Any supplemental expert disclosures under Rule 26(e) will be

25   made on or before November 11, 2005.  The parties are ordered to complete all expert

26   discovery on or before January 27, 2006.

27            3.        Plaintiffs shall file their opposition to Defendants' Motion for Summary

28   Judgment on or before November 2, 2005.

{6167/041/00173334.DOC}                              1

PDF created with pdfFactory trial version www.pdffactory.com

4.      Defendants shall file their reply in support of their Motion for Summary Judgment on or before December 2, 2005.

5.      The hearing on Defendants' Motion for Summary Judgment shall be continued from August 29, 2005, until December 12, 2005, at 9:00 a.m.  The hearing will be conducted before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 2.

6.      All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before December 2, 2005, and heard on January 13, 2006, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 5.

7.      All Dispositive Pre-Trial Motions are to be filed no later than December 19, 2005, and will be heard on January 30, 2006, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 2.

8.      A Settlement Conference is scheduled for December 14, 2005, at 10:00 a.m. in Courtroom 5 before the Honorable Dennis L. Beck, United States Magistrate Judge.

9.      Pre-Trial Conference Date.  March 13, 2006, at 11:00 a.m. in Courtroom 2 before the Honorable Oliver W. Wanger, United States District Judge.

10.     Trial Date.  April 24, 2006, at the hour of 9:00 a.m. in Courtroom 2 before the Honorable Oliver W. Wanger, United States District Judge for a bench trial.

11.     As noted in the Court's March 1, 2005, Order Re Bifurcation of Issues for Discovery and Trial in this case, the above dates shall only apply to the liability phase of this proceeding.  Also as noted in the March 1, 2005, Order, all discovery concerning damages and other relief shall be stayed pending a determination of the liability phase of this action.

///

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1      12.      The parties reserve their right to seek further modification of the

2   Scheduling Conference Order, if necessary.

3   DATED:  July _____, 2005.              SAGASER, JONES & HAHESY

4

5                                          By _____
                                             John P. Kinsey, Attorneys for Plaintiffs Wal-
6                                            Mart Stores, Inc. and Wal-Mart Real Estate
                                             Business Trust
7

8   DATED:  July _____, 2005.              JARVIS, FAY & DOPORTO LLP

9

10                                         By _____
                                             Benjamin Fay, Attorneys for Defendants the
11                                           City of Turlock and the Turlock City Council

12

13          IT IS SO ORDERED.

14                                         /s/ OLIVER W. WANGER
    DATED:  ___August 2_____, 2005.
15                                         _____
                                                   The Honorable Oliver W. Wanger

16

17

18

19

20

21

22

23

24

25

26

27

28

{6167/041/00173334.DOC}                    3

---

**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER; CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com