**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:      Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case 1: 04 CV 5278 OWW DLB<br><br>**STIPULATION AND ORDER RE EXPEDITED BRIEFING SCHEDULE ON MOTION FOR IN CAMERA INSPECTION OF REDACTED DOCUMENTS (SAFEWAY, INC.)** |

Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust (collectively "Wal-Mart"), and Non-Party Safeway, Inc. ("Safeway"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.   Good cause exists to allow Wal-Mart's Motion for In Camera Inspection of Redacted Documents (Safeway, Inc.) to be heard on shortened notice, due to the October 17, 2005, fact discovery cut-off in this matter.

2.   The hearing on the above motion will take place on September 2, 2005, at 9:00 a.m. in Courtroom 5 of the above-entitled Court.

3.   Wal-Mart's moving papers shall be filed and served on all parties by Friday August 19, 2005.

{6167/041/00175367.DOC}                                   1

1         4.    Safeway's opposition to the motion shall be filed and served by Monday August 29, 2005.

2         5.    Wal-Mart's reply to Safeway's opposition shall be filed and served by Wednesday, August 31, 2005.

3         6.    Given that above motion is being heard on shortened time, and the documents at issue have been designated "confidential" by Safeway, all unredacted briefing and supporting papers in support of or in opposition to the motion shall be served by facsimile or email, such that they are received no later than the date upon which such papers were filed.

DATED:  August 19, 2005.　　　　　DILLINGHAM & MURPHY

By _____
Cross Creason, Attorneys for Safeway, Inc.

DATED:  August 19, 2005.　　　　　SAGASER, JONES & HAHESY

By _____
John P. Kinsey, Attorneys for Plaintiffs

DATED:  August 19, 2005.　　　　　JARVIS, FAY & DOPORTO

By _____
Benjamin P. Fay, Attorneys for Defendants

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS SO ORDERED.**

DATED:  August 22, 2005　　　　　_____/s/ Dennis L. Beck_____
Honorable Dennis L. Beck

{6167/041/00175367.DOC}　　　　　2