RONALD W. BROWN, ESQ. (SBN 107340)
RONALD E. HOFSDAL, ESQ. (SBN 200922)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for JOHN HANDLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation and Wal-Mart Real Estate Business Trust, a Delaware statutory trust,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. F-04-5278 OWW/DLB<br><br>**STIPULATION AND ORDER CONTINUING PLAINTIFFS' HEARING ON MOTION TO COMPEL JOHN HANDLEY'S COMPLIANCE WITH SUBPOENA DUCES TECUM**<br><br>Date:   September 16, 2005<br>Time:  9:00 a.m.<br>Place:  Courtroom 5 |

IT IS HEREBY STIPULATED, by and between Real Party-in-Interest John Handley and Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust (collectively "Wal-Mart"), by through their respective counsel of record as follows:

WHEREAS the parties agree to continue Plaintiffs' Hearing on Motion to Compel John Handley's Compliance with Subpoena Duces Tecum from September 16, 2005 to September 23, 2005 at 9:00 a.m. in Courtroom 5.

WHEREAS Real Party-in-Interest John Handley agrees, should Wal-Mart's motion be successful, he will not to seek relief by a motion for reconsideration of the Magistrate Judge's Decision.

WHEREAS Real Party-in-Interest John Handley agrees, should Wal-Mart's motion be successful, to promptly produce all documents as described in the Court order.

WHEREAS the filing date for the opposition and reply shall be based on the September 23, 2005 hearing date.

Dated:  September 6, 2005                COOK BROWN, LLP


By:   /s/ Ronald E. Hofsdal, Esq.
         RONALD E. HOFSDAL, ESQ.
         Attorneys for JOHN HANDLEY


Dated: September 2, 2005                SAGASER, JONES & HAHESY


By:   /s/ John P. Kinsey, Esq.
         JOHN P. KINSEY, ESQ.
         Attorneys for Plaintiffs WAL-MART STORES, INC.  d WAL-MART Real Estate Business Trust

IT IS SO ORDERED.

Dated:    **September 6, 2005**            **/s/ Dennis L. Beck**
3b142a                                        UNITED STATES MAGISTRATE JUDGE