1  **SAGASER, JONES & HAHESY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3  Telephone: (559) 233-4800

4  Timothy Jones #119841
   John P. Kinsey #215916
5
   Attorneys for:      Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust
6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

9

10 | WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust, | Case No. 1: 04 CV 5278 OWW DLB |
11 | | **SUBSTITUTION OF ATTORNEYS BY PLAINTIFFS WAL-MART STORES, INC. AND WAL-MART REAL ESTATE BUSINESS TRUST** |
12 | Plaintiffs, | |
13 | v. | |
14 | CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive, | |
15 | | |
16 | Defendants. | |
17

18

19        Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust
20 hereby substitute Michael J. Coffino of the law firm of Steefel, Levitt & Weiss, One
21 Embarcadero Center, 30th Floor, San Francisco, CA 94111, telephone number (415) 788-0900,
22 facsimile number (415) 788-2019, as counsel of record for Plaintiffs Wal-Mart Stores, Inc. and
23 Wal-Mart Real Estate Business Trust, in the above-referenced action in the place and stead of
24 Timothy Jones and the law firm of Sagaser, Jones & Hahesy.

25 DATED: December 9, 2005.                    WAL-MART STORES, INC.

26

27
                                              By: /s/  Carl Mullen
28                                            Its: Vice President

{6167/041/00182724.DOC}                       1

**SUBSTITUTION OF ATTORNEYS BY PLAINTIFFS**

| | | |
|---|---|---|
| 1 | DATED:  December 9, 2005. | WAL-MART REAL ESTATE BUSINESS TRUST |
| 2 | | |
| 3 | | By:  /s/  Carl Mullen |
| 4 | | Its:  Vice President |

I, Michael J. Coffino, on behalf of the law firm of the law firm of Steefel, Levitt & Weiss, hereby agree to be the counsel of record for Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust.

DATED:  December 12, 2005.                    STEEFEL, LEVITT & WEISS

                                              By   /s/ Michael J. Coffino
                                                       Michael J. Coffino

I, Timothy Jones, on behalf of the law firm of Sagaser, Jones & Hahesy, hereby consent to the Substitution of Attorneys by Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust.

DATED:  December 16, 2005.                    SAGASER, JONES & HAHESY

                                              By  /s/  Timothy Jones
                                                       Timothy Jones

\* \* \* \* \* \* \* \* \* \*

**O R D E R**

IT IS HEREBY ORDERED that Michael J. Coffino of the law firm of Steefel, Levitt & Weiss is hereby substituted in as attorney of record for Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust.

DATED: January 5, 2006

                                                /s/ Dennis L. Beck
                                              The Honorable Dennis L. Beck