MICHAEL J. COFFINO (State Bar No. 88109)
ANN M. HEIMBERGER (State Bar No. 197060)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone:   (415) 788-0900
Facsimile:   (415) 788-2019

Attorneys for Plaintiffs
WAL-MART STORES, INC. and WAL-MART REAL
ESTATE BUSINESS TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. F-04-5278 OWW DLB<br><br>**ORDER TO EXTEND EXPERT DISCOVERY DEADLINE**<br><br>Order filed concurrently<br><br>Judge:   Hon. Oliver W. Wanger |

STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE (No. F-04-5278 OWW DLB)                                                        1

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that

1. The last day for the parties to complete all expert discovery shall be February 8, 2006.

2. Entering into this Stipulation and [Proposed] Order shall not prejudice any of the parties from later requesting an extension of such dates.

DATED: January _12___, 2006

/s/ OLIVER W. WANGER

The Honorable Oliver W. Wanger
United States District Judge