MICHAEL J. COFFINO (State Bar No. 88109)
ANN M. HEIMBERGER (State Bar No. 197060)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA  94111-3719
Telephone:   (415) 788-0900
Facsimile:    (415) 788-2019

ALISON H. MIJARES (State Bar No. 222685)
STEEFEL, LEVITT & WEISS
A Professional Corporation
550 South Hope Street, Suite 2350
Los Angeles, CA  90071-2650
Telephone:   (213) 599-3400
Facsimile:    (213) 599-3450

Attorneys for Plaintiffs
WAL-MART STORES, INC. and WAL-MART
REAL ESTATE BUSINESS TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware Corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CIV-F-04-5278 OWW DLB<br><br>**ORDER REGARDING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE FURTHER BRIEF IN RESPONSE**<br><br>Date:     March 10, 2006<br>Time:    2:00 p.m.<br>Ctrm:    3<br>Judge:   Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
A PROFESSIONAL CORPORATION, ONE EMBARCADERO CENTER, 30TH FLOOR, SAN FRANCISCO, CA 94111
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019

# **ORDER**

On March 10, 2006 at 2:00 p.m., the Court heard the motion of Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust to Strike Defendants' Supplemental Reply in Support of Motion for Summary Judgment or in the Alternative for Leave to File Further Brief in Response.

Michael J. Coffino of Steefel, Levitt & Weiss, PC, appeared for plaintiffs and Rick W. Jarvis and Ben Fay of Jarvis, Fay and Doporto, LLP, for defendants.  All counsel appeared telephonically.  After oral argument, the Court ordered as follows:

1. Wal-Mart may file a response on or before March 24, 2006, to any arguments contained in the City's Supplemental Reply Memorandum, filed on February 27, 2006 (Docket No. 207), that Wal-Mart did not address in its Supplemental Memorandum filed on February 21, 2006 (Docket No. 204); and

2. Neither side may file any further briefing related to the pending Motion for summary judgment that the City filed on March 29, 2005 (Docket No. 50).

IT IS SO ORDERED.

Dated: March _15, 2006

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Court Judge


APPROVED AS TO FORM:

JARVIS & FAY & DOPORTO LLP


Date: March 13, 2006


By: _____/s/_____
    Rick W. Jarvis
Attorneys for Defendants
CITY OF TURLOCK and

ORDER REGARDING MOTION TO STRIKE, OR FOR LEAVE TO FILE FURTHER RESPONSE
(No. CIV-F-04-5278 OWW DLB)

2

PDF created with pdfFactory trial version www.pdffactory.com

1 | TURLOCK CITY COUNCIL

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
A PROFESSIONAL CORPORATION, ONE EMBARCADERO CENTER, 30TH FLOOR, SAN FRANCISCO, CA 94111
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019

ORDER REGARDING MOTION TO STRIKE, OR FOR LEAVE TO FILE FURTHER RESPONSE
(No. CIV-F-04-5278 OWW DLB)

3

PDF created with pdfFactory trial version www.pdffactory.com