Rick W. Jarvis, SBN: 154479
Benjamin P. Fay, SBN: 178856
JARVIS, FAY & DOPORTO, LLP
475 14th Street, Suite 260
Oakland, California 94612
Telephone: (510) 238-1400
Facsimile: (510) 238-1404

Attorneys for Defendants
CITY OF TURLOCK and TURLOCK CITY COUNCIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAL-MART STORES, INC., a Delaware corporation, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF TURLOCK, TURLOCK CITY COUNCIL, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.: CIV-F-04-5278 OWW DLB<br><br>**JUDGMENT** |

　　　　Plaintiffs Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust (collectively, "Wal-Mart") filed a "Complaint for Damages, Declaratory and Injunctive Relief; Demand for Jury Trial" on February 11, 2004.  The Complaint alleged seven claims for relief against the defendants City of Turlock and Turlock City Council (collectively, "the City").

　　　　On March 29, 2005, the City moved for summary judgment on the complaint, including all claims for relief contained within it.  The motion was fully briefed by the parties and oral argument was heard on February 6, 2006.

　　　　On July 3, 2006, this Court issued an Order Granting Defendants' Motion for Summary Judgment.  For the reasons set forth in that order, this Court hereby enters Judgment in favor of the City

1  and against Wal-Mart on the Complaint and on every claim for relief set forth within it.

2      As the prevailing party, the City is awarded its recoverable costs.

3      IT IS SO ORDERED.

5  Dated:____July 19, 2006_____   /s/ OLIVER W. WANGER_____
                                    OLIVER W. WANGER
6                                   United States District Judge

10 G:\docs\GLucas\Orders To Be Signed\04cv5278.jgm.wpd